UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C.A., *individually*, and J.A., *individually and on behalf of E.A., a minor*,

Plaintiffs,

-against-

CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/2026

1:25-cv-5350-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter from the parties stating that they have reached a settlement in principle of this fees-only IDEA case [ECF No. 10]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and the application to restore the action is made by February 12, 2026. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). All other dates and deadlines are adjourned *sine die*.

SO ORDERED.

Date: January 12, 2026
      New York, NY

_____
MARY KAY VYSKOCIL
United States District Judge